UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of the Search Regarding: | No. ___4:25-mj-120___ |
| 25-136-04 | **REDACTED APPLICATION FOR SEARCH AND SEIZURE WARRANT** |

I, Zachary Gauer, being duly sworn depose and say:

I am a Special Agent with the Drug Enforcement Administration (DEA), and have reason to believe that within the property or premises as fully described in Attachment A, attached hereto and incorporated herein by reference, there is now concealed certain property, namely: that which is fully described in Attachment B, attached hereto and incorporated herein by reference, which I believe is property constituting evidence of the commission of criminal offenses, contraband, the fruits of crime, or things otherwise criminally possessed, or property designed or intended for use or which is or has been used as the means of committing criminal offenses, concerning violations of ███████████████ ████████████████████████████████████████.

The facts to support a finding of Probable Cause are contained in my Affidavit filed herewith.

_____
Zachary Gauer, Special Agent
Drug Enforcement Administration

Sworn to and subscribed before me, on the _27_ day of May, 2025, at Sioux Falls, South Dakota.

_____
VERONICA L. DUFFY
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding:    No. _____4:25-mj-120_____

25-136-04                                 **REDACTED SEARCH AND
                                          SEIZURE WARRANT**

TO:   ANY AUTHORIZED LAW ENFORCEMENT OFFICER

An application by a federal law enforcement officer or an attorney for the government requests the search of the following property more fully described in Attachment A, attached hereto and incorporated herein by reference.

I find that the affidavit, or any recorded testimony, establish probable cause to search and seize the property described above, and that such search will reveal evidence of violations of ███████████████████████, which is more fully described in Attachment B, attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before
June 10, 2025
_____ (not to exceed 14 days)
☐ in the daytime – 6:00 a.m. to 10:00 p.m.
☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is otherwise authorized, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the undersigned Judge.

May 27, 2025 at 9:30 am CDT
_____ at Sioux Falls, South Dakota
Date and Time Issued

_Veronica L. Duffy_

_____
VERONICA L. DUFFY
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

_____

In the Matter of the Search of:          No. ___4:25-mj-120_____

25-136-04                                **REDACTED RETURN**

_____


Date and time warrant executed: _____

Copy of warrant and inventory left with: _____

Inventory made in the presence of: _____

Inventory of the property taken and name of any person(s) seized (attach additional sheets, if necessary):

| **CERTIFICATION** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>　　　　　　　　　　　_____<br>　　　　　　　　　　　Zachary Gauer, Special Agent<br>　　　　　　　　　　　Drug Enforcement Administration |

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding:           No. _4:25-mj-120_____

25-136-04                                        **REDACTED ATTACHMENT A**

**Property to Be Searched**

1. ████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████.

2. ████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████.

[1]

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding:

No. _____4:25-mj-120_____

25-136-04

**ATTACHMENT B**

**Particular Things to be Seized**

I.     **Information to be Disclosed by the Provider**

[2]



## II.    Information to be Seized by the Government

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding   No. _____4:25-mj-120_____

25-136-04

**REDACTED AFFIDAVIT IN
SUPPORT OF AN APPLICATION
FOR A SEARCH WARRANT**

I, Special Agent Zachary Gauer, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I make this affidavit in support of an application for a search warrant under Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 2703(c)(1)(A) for information about the location of the following cellular telephone:

2. I am a Special Agent with the United States Department of Justice, Drug Enforcement Administration (DEA), and have been so employed since September 2014. I am currently assigned to the DEA Sioux Falls Resident Office (SFRO) and am empowered to conduct investigations

3.



4.

5.

6.



7. 

8. 

## PROBABLE CAUSE

9. 

10.    

11.

12.

13.

14.

15. 

16.

17.

18.

19.



20.

21.

”

22.

23.

24. 

25.

26.

27.

28.



## AUTHORIZATION REQUEST

31.    Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 2703(c).

[REDACTED]

33. [REDACTED]

34. [REDACTED]

Special Agent Zachary Gauer
Drug Enforcement Administration

Subscribed and sworn to before me, on the 27th day of May, 2025, in Sioux Falls, South Dakota.

VERONICA L. DUFFY
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding:

No. _4:25-mj-120_____

25-136-04

**REDACTED ATTACHMENT A**

**Property to Be Searched**

1. ████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████.

2. ████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████.

[1]

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding:      No. _4:25-mj-120_____

25-136-04                                   **ATTACHMENT B**

**Particular Things to be Seized**

**I.    Information to be Disclosed by the Provider**

[2]



## II.    Information to be Seized by the Government